IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JEAN PRENTISS, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:19-cv-4279 |
| PHH MORTGAGE CORPORATION, | § § § | |
| Defendant. | § § | |

## **INDEX OF EXHIBITS**

In accordance with Southern District of Texas Local Rules, Defendant PHH Mortgage Corporation ("Defendant"), files the following exhibits in support of its Notice of Removal.

**Exhibit A**  List of Exhibits;

**Exhibit B**  State Court Docket;

**Exhibit C**  All pleadings, process, and orders from the State Court, including:

**Exhibit C-1**  Plaintiff's Original Petition, Application for Injunctive Relief and Request for Disclosures, filed September 27, 2019;

**Exhibit C-2**  Plaintiff's Proposed Temporary Restraining Order, filed September 27, 2019;

**Exhibit C-3**  Civil Process Request Form, filed September 27, 2019;

**Exhibit C-4**  Order Denying Temporary Restraining Order, entered October 1, 2019;

**Exhibit C-5**  Clerk's Certificate of Service by Certified Mail, filed October 28, 2019;

**Exhibit D**  List of Counsel of Record;

**Exhibit E**  Montgomery Central Appraisal District valuation of 16203 Cecilia Cir., Magnolia, TX 77355.



INDEX OF EXHIBITS TO DEFENDANT'S
NOTICE OF REMOVAL

Respectfully Submitted,

*/s/ Charles R. Curran*
J. Garth Fennegan
Texas Bar I.D. 24004642
Southern District No. 22521
*gfennegan@settlepou.com*
Charles R. Curran
Texas Bar I.D. 24076334
Southern District No. 1241722
*ccurran@settlepou.com*

SETTLEPOU
3333 Lee Parkway, Eighth Floor
Dallas, Texas  75219
(214) 520-3300
(214) 526-4145 (Facsimile)

ATTORNEYS FOR DEFENDANT

**Certificate of Service**

I certify that this document was served in accordance with the Federal Rules of Civil Procedure on October 30, 2019, by the manner indicated upon the following persons:

<u>Via CM/RRR No. 9414-7266-9904-2155-9165-90</u>
Robert C. Vilt
Kerry Prisock
Vilt & Associates, P.C.
5177 Richmond Avenue, Suite 1142
Houston, Texas 77056


ATTORNEYS FOR PLAINTIFF

*/s/ Charles R. Curran*
Charles R. Curran